DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARTURO AZALDEGUI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-80

[September 2, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 15-44CF10A.

Arturo Azaldegui, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Ayos v. State*, 275 So. 3d 178, 179-81 (Fla. 4th DCA 2019).

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***